

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00191-CV

Allen F. **LANIER**,
Appellant

v.

**CITY OF LAREDO**
and the Firefighters' and Police Officers' Civil Service Commission of the City of Laredo,
Appellees

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2010-CVQ-0001113-D2
Honorable Monica Z. Notzon, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

It is further ORDERED that appellees, the City of Laredo and the Firefighters' and Police Officers' Civil Service Commission of the City of Laredo, recover their costs of appeal from appellant, Allen F. Lanier. *See* TEX. R. APP. P. 43.4.

SIGNED April 24, 2013.

_____
Rebeca C. Martinez, Justice